IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| LYNNIS E. ALBIN | PLAINTIFF |
| VERSUS | CIVIL ACTION NO. 3:06CV157 TSL-JCS |
| LIFE INVESTORS INSURANCE COMPANY OF AMERICA | DEFENDANT |

**FINAL JUDGMENT**

In accordance with the Stipulation of Dismissal entered by the parties, this case is hereby finally dismissed with prejudice with each party to bear its own costs and attorney's fees.

SO ORDERED this the 3rd day of August, 2006.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE